UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 13-0548 WHA |
| Plaintiff, | ) [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | ) |
| ANDREW SOLIS, | ) |
| Defendant. | ) |

On September 29, 2014, the court entered a Preliminary Order of Forfeiture forfeiting the following property, A Simpletech external hard drive, unknown serial; A Dell Inspiron desktop computer, serial number 8Y7TDK1; An Iomega external hard drive, serial number YADA171943; and A Dell Inspiron 1520 laptop computer, serial number 24DDCD1, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3).

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: December 3, 2014.

WILLIAM ALSUP
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 13-0548 WHA                                        1