1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. CR 13-0548 WHA** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **AMENDED [PROPOSED] PRELIMINARY** |
| v. | ) | **ORDER OF FORFEITURE** |
| | ) | |
| ANDREW SOLIS, | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the amended application for an amended preliminary order of forfeiture filed by the United States and the plea agreement entered on December 11, 2013, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a.  A Dell Inspiron 1520 laptop computer, serial number 34DDCD1,

pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such

AMENDED [PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 13-0548 WHA                                                        1

1  manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Defendant Andrew Solis was sentenced on March 18, 2014.  As part of his sentence, the Court ordered the forfeiture of the subject property, which was incorporated in the Judgment and Commitment, entered on March 19, 2014.

IT IS SO ORDERED this  8th  day of  September   2015.



WILLIAM ALSUP
United States District Judge

AMENDED [PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 13-0548 WHA                                                              2