BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
STEPHANIE M. HINDS (CABN 154284)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.7200
    FAX: 415.436.7234
    laura.vartain@usdoj.gov
    stephanie.hinds@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-0548 WHA |
| Plaintiff, | **APPLICATION OF THE UNITED STATES FOR A FINAL ORDER OF FORFEITURE** |
| v. | |
| ANDREW SOLIS, | |
| Defendant. | |

On September 08, 2015, the Court entered an Amended Preliminary Order of Forfeiture forfeiting the following property:

    a.  A Dell Inspiron 1520 laptop computer, serial number 34DDCD1, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3).

The Amended Preliminary Order required the United States to publish notice of the Order and otherwise direct written notice to all persons known to have an interest in said property. Beginning on September 15, 2015, the United States published notice of the forfeiture action on www.forfeiture.gov, a government website for at least thirty days, notice of this Order and notice of the government's intent to dispose of the property in accordance with the law. The notice also advised potential third parties of

1 their right to petition the Court within (30) days for a hearing to adjudicate the validity of their legal
2 interest in the property.
3     The United States represents that no petitions have been filed.
4     Therefore, the United States respectfully requests that the Court enter the proposed Final Order
5 of Forfeiture, directing that the property described above be forfeited to the United States, pursuant to
6 Title 18, United States Code, Section 2253(a)(1) and (a)(3).
7 Dated: 11/23/15           Respectfully submitted,
8                                                         BRIAN J. STRETCH
9                                                         Acting United States Attorney
10
11                                                         LAURA VARTAIN HORN
12                                                         STEPHANIE M. HINDS
                                                        Assistant United States Attorneys
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW SOLIS,<br><br>    Defendant. | **CASE NO. CR 13-0548 WHA**<br><br>**[PROPOSED] FINAL ORDER OF FORFEITURE** |

On September 08, 2015, the court entered an Amended Preliminary Order of Forfeiture forfeiting the following property:

    a.  A Dell Inspiron 1520 laptop computer, serial number 34DDCD1,

pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3).

The United States represents that it has complied with the publication notice requirements of the Amended Preliminary Order and that no petitions have been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:  November 30, 2015.

                                                        WILLIAM ALSUP<br>
                                                        United States District Judge